July 17, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

HAWAH FAHNBULLEH, Appellant

NO. 14-12-00381-CV                     V.

CITY OF HOUSTON, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on December 16, 2011. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Hawah Fahnbulleh.

We further order this decision certified below for observance.